AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Toyo Tire and Rubber Co., Ltd. et al

Plaintiffs,

V.

Kabusikiki Kaisha Tokyo Nihoon Rubber Corp. et al

Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:14-cv-01847-JAD-VCF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

Judgment is entered in favor of the Plaintiffs and against the Defendants.

10/26/2015

Date

/s/ Lance S. Wilson

Clerk

/s/NEV

(By) Deputy Clerk